O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-00918 AHM (DTBx) | Date | September 30, 2011 |
|---|---|---|---|
| Title | ANA MARIA BERNAL v. LITTON LOAN SERVICING, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On September 2, 2011, Defendants moved to dismiss the First Amended Complaint. Dkt. 17. For the second time in the course of this action, Plaintiff's counsel failed to file a response, let alone an opposition, to Defendant's motion to dismiss. Dkt. 8, 22. After Plaintiff's first failure to oppose, the Court afforded Plaintiff's counsel, Paul Eric St. Amant, Esq., an opportunity to show cause in writing why he should not be sanctioned $250 for failure to oppose the motion. Dkt. 9. Although the Court found Mr. St. Amant's reason insufficient, the Court nonetheless declined to sanction Mr. St. Amant, discharged the order to show cause, and directed counsel to master the Local Rules of this Court. Dkt. 12. In spite of this, Plaintiff's counsel has yet again failed to oppose a motion to dismiss.

In light of the fact that Plaintiff's counsel did not even actually provide sufficient cause the first time (Dkt. 12), the Court proceeds to sanction him for this second violation of his duties to file a timely and responsive opposition. Mr. St. Amant is directed to pay $250 to the Clerk of the Court. Failure to do so will result in disciplinary action being taken within this Court and referral to the state bar.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

cc: **Fiscal**